## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN, CHICAGO TILE INSTITUTE )
PENSION PLAN, CERAMIC TILE )     Case #: 19 CV 7715
AND TERRAZZO LOCAL 21 B.A.C ANNUITY )
PLAN, )
                                     )
                                     )     Magistrate Judge: Jantz
               Plaintiffs, )
                                     )
      v.                              )
                                     )
ICONIC FINISHES, LLC )
                                     )
              Defendant. )

### _Agreed Judgment Order_

This matter coming to be heard by agreement of the Parties for entry of an agreed judgment order.

IT IS HEREBY ORDERED:

1. This court has jurisdiction over the subject matter herein and the parties hereto.

2. A Judgment is entered against the Defendant, ICONIC FINISHES, LLC. in the total amount of $14,789.22.

3. That the amount referred to above, represents fringe benefit contributions, liquidated damages, interest, attorney fees, costs, and medical claims.

4. This _____

By: _____                     By: _/s/ Michael J. McGuire _____
   On behalf of the Defendant                  On behalf of the Plaintiffs

ENTERED:

_____
Beth W. Jantz, U.S. Magistrate Judge

DATE: March 19, 2021